**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN R. CHARTKOFF,** | **:** | |
| **Plaintiff,** | **:** | **Civil Action 2:16-cv-1186** |
| **v.** | **:** | **Chief Judge Edmund A. Sargus, Jr.** |
| **AMERICAN ELECTRIC POWER,** | **:** | **Chief Magistrate Judge** |
| <u>et al.</u>, | | **Elizabeth P. Deavers** |
| | **:** | |
| **Defendants.** | | |

**PRELIMINARY PRETRIAL ORDER**

The Court conducted a continued preliminary pretrial conference on April 19, 2017. All parties were represented by counsel.

**Rule 26(a)(1) Initial Disclosures and Filing of Administrative Record**

The parties are exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B). Defendant has already produced the administrative record to Plaintiff. Defendant will file the Administrative Record with the Court no later than the date upon which Cross-Motions for Judgment on the Administrative Record are due. The parties are granted leave to file the Administrative Record with the Court under seal.

**Motions for Judgment on the Administrative Record**

Simultaneous Cross-Motions on the administrative record must be filed on or before **JUNE 30, 2017**. Simultaneous Cross-Memoranda in Opposition must be filed on or before **JULY 31, 2017**. No Reply memoranda will be permitted except upon further leave of the Court.

If the foregoing does not accurately reflect the matters considered and the agreements reached at the conference, counsel will please immediately make their objections in writing.

If any date set in this Order falls on a Saturday, Sunday or legal holiday, the date of the next business day will control.


DATE:  April 20, 2017                       **/s/  *Elizabeth A. Preston Deavers***
                                             **ELIZABETH A. PRESTON DEAVERS**
                                             **CHIEF UNITED STATES MAGISTRATE JUDGE**